IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRA HUDSON, | ) | 8:04CV351 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| ALEGENT HEALTH and LIFE | ) | |
| INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Motion for Dismissal (filing 19) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to bear its or their own costs and attorney fees.

DATED this 4th day of May, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge